Yuri Kvichko, SBN 276904
Law Office of Yuri Kvichko
980 9th Street, 16th Floor
Sacramento, CA 95814
Email: Yuri@yklegalservices.com
Telephone: (408) 605-3127
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0o-

| | |
|---|---|
| INVENTORS ROW INC.<br><br>Plaintiff,<br><br>v.<br><br>PAULA BLANKENSHIP DBA NODPOD; and DOES 1-5,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>(1) TRADEMARK INFRINGEMENT UNDER SECTION 32(1) OF THE LANHAM ACT<br>(2) FALSE REPRESENTATIONS IN COMMERCE AND FALSE DESIGNATION OF ORIGIN UNDER SECTION 43(A) OF THE LANHAM ACT<br>(3) FEDERAL UNFAIR COMPETITION UNDER SECTION 43(A) OF THE LANHAM ACT<br>(4) COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION UNDER CALIFORNIA LAW |

Inventors Row brings this action against Defendant Paula Blankenship, an Individual doing business as NODPOD and Does 1-5 (collectively "Defendants") alleging that they engaged in trademark infringement, false designation of origin, false description and representation, and unfair competition. Plaintiff seeks damages, an accounting, the imposition of a constructive trust upon Defendant's illegal profits, and injunctive relief.

**COMPLAINT** **Page 1**

**THE PARTIES**

1. Defendant, Paula Blankenship is the owner of a privately-owned business with its principal place of business in Shepherdsville, Kentucky Defendant develops, markets, distributes, and sells travel pillows.

2. Plaintiff is the owner of a California Corporation with its principal place of business Rocklin, California. Plaintiff develops, markets, distributes, and sells pillows, including travel pillow attachments.

3. Upon information and belief, Paula Blankenship does business as, owns, operates, and/or otherwise controls NODPOD. Upon information and belief, Paula Blankenship transacts substantial business nationwide via internet sales. Upon information and belief, Paula Blankenship (a) personally participated in and/or (b) had the right and ability to supervise, direct and control the wrongful conduct alleged in this Complaint, and (c) derived direct financial benefit from that wrongful conduct. Upon information and belief, Paula Blankenship also (a) has an apparent partnership or authority to bind NODPOD in transactions, or (b) exercised joint ownership or control over the infringing items alleged in this Complaint.

4. Upon information and belief, Does 1 through 5 (a) personally participated in and/or (b) had the right and ability to supervise, direct and control the wrongful conduct alleged in this Complaint, and (c) derived direct financial benefit from that wrongful conduct. Upon information and belief, Does 1 through 5 (a) have an apparent partnership or authority to bind NODPOD in transactions, or (b) exercised joint ownership or control over the infringing items alleged in this Complaint. Upon information and belief, Does 1 through 5 are individuals or entities that transact substantial business nationwide via internet sales.

5. Upon information and belief, each of the defendants was, at all times mentioned in this Complaint, acting as the agent, employee, or alter ego of every other defendant, and in doing the things mentioned herein, was acting within the course and scope of such agency, employment, or other relationship and with knowledge and consent of each of the other defendants

## JURISDICTION

6. This Court has subject matter jurisdiction over Plaintiff's claims for trademark infringement, copyright infringement, and related claims pursuant to 15 U.S.C. § 1121, 17 U.S.C. § 501, and 28 U.S.C. §§ 1331 and 1338(a).

7. This Court has supplemental jurisdiction over Plaintiff's claims arising under the laws of California pursuant to 28 U.S.C. § 1367(a) because these claims are so related to Plaintiff's claims under federal law that they form part of the same case or controversy and derive from a common nucleus of operative fact.

## VENUE

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) a substantial part of the events or omissions giving rise to this action occurred in this judicial district, or a substantial part of the property that is the subject of this action is situated in this judicial district.

## FACTS COMMON TO ALL CLAIMS

9. Plaintiff has been advertising, marketing, and distributing the NODPOD pillow since at least October 2014.

10. Defendants have been advertising, marketing, and distributing a NODPOD pillow since at least since some time in 2016.

11. Plaintiff has properly registered a design mark in the United States Patent and Trademark Office on the Principal Register, registration number 5173967, containing the words NODPOD EYE PILLOW, the words eye pillow being disclaimed.

12. The mark is in International Class 024.

13. Plaintiff submitted the application on March 12, 2015. The mark was published on January 17, 2016 and a registration certificate was issued on April 4, 2017.

14. On March 18, 2016 Defendants filed an intent to use, basis 1(b) trademark application for a plain text "NODPOD". The application was for International Class 024. On June 29, 2016 Defendants received a suspension notice form the USPTO informing them of the conflict with Defendant's application. Despite Defendant's objection, their application was suspended and remains so.

15. On July 26, 2016 Defendant's launched a Kickstarter Campaign for the NODPOD travel pillow and by September 9, 2016 they raised $307,274 with 7,280 backers. Although the campaign included a blanked, as well as a pillow, the pillow was the primary product, the only product featured in the advertising video. The NODPOD blanket was only available in a combination with the pillow, whereas the pillow was available by itself as well.

16. On September 15, 2016 Defendant's raised $328,081 through an Indiegogo campaign selling the NODPOP pillow. To date the campaign has only negative comments from its backers.

17. Defendants engaged in a comprehensive media campaign with stories about their version of the NODPOD pillow published in at least 30 media sources.

18. To date Plaintiffs are aware of the following sources:

   a. Bored Panda - https://www.boredpanda.com/head-hammock-nodpod-sleep-travel-pillow-aeroplane/
   b. News.com.au - http://www.news.com.au/travel/travel-updates/introducing-the-hammock-for-your-head--the-solution-to-help-you-sleep-on-a-plane/news-story/d0552c509d31b27141b2577d83a5942c and http://www.news.com.au/news/introducing-the-hammock-for-your-head--the-solution-to-help-you-sleep-on-a-plane/news-story/7745989f4baac1bc508dee159a08c810
   c. Geeologie - http://geekologie.com/2016/08/jeez-finally-the-nodpod-a-hammock-for-yo.php
   d. Gigazine - http://gigazine.net/news/20160815-nodpod/
   e. Business Insider - http://www.businessinsider.com/nodpod-travel-accessory-pillow-allows-for-comfortable-sleep-on-plane-2016-8 and http://www.businessinsider.com/nod-pod-travel-pillow-launches-successful-kickstarter-campaign-2016-8
   f. Go World Travel - https://www.goworldtravel.com/review-nodpod-travel-pillow/
   g. Metro.co.uk - http://metro.co.uk/2016/08/17/someones-invented-the-head-hammock-so-you-might-finally-get-some-damn-sleep-on-the-plane-6073164/

h. PR Newswire - https://www.prnewswire.com/news-releases/introducing-the-nodpod-300318041.html

i. The Telegraph - http://www.telegraph.co.uk/travel/news/could-this-device-make-flying-long-haul-more-bearable/

j. NewAtlas.com - https://newatlas.com/nodpod-travel-pillow/44901/

k. Express - http://www.express.co.uk/travel/articles/701342/nodpod-genius-hammock-for-head-finally-let-you-sleep-on-flight-kickstarter-campaign

l. Technabob - https://technabob.com/blog/2016/08/22/the-nodpod-travel-sleep-aid/

m. Elle - http://www.elleuk.com/life-and-culture/travel/news/a31585/nodpods-the-best-sleep-on-the-go-solution-yet/

n. Cosmopolitan - http://www.cosmopolitan.com/uk/reports/news/a45404/someone-has-invented-a-hammock-for-your-head-and-its-going-to-change-the-way-you-sleep-on-planes-forever/

o. Food & Wine - http://www.foodandwine.com/travel/these-ultra-embarassing-gadgets-promise-better-sleep-while-traveling

p. Instash - http://www.instash.com/nodpod-lets-you-get-sleep-on-the-road/

q. Oddity Mall - http://odditymall.com/nodpod-travel-face-hammock

r. Million Secrets - https://millionmilesecrets.com/2016/08/23/nodpod-a-new-type-of-travel-pillow-so-you-can-sleep-anywhere/

s. Today - https://www.today.com/style/benefit-cosmetics-recalls-gimme-brow-eyebrow-gel-t118178

t. Mental_Floss - http://mentalfloss.com/article/84978/nodpod-makes-it-possible-fall-asleep-plane

u. The Chive - http://thechive.com/2016/08/12/next-level-sht-perfect-timing-edition-12-photos/

v. Daily Mail - http://www.dailymail.co.uk/travel/travel_news/article-3747183/Is-perfect-travel-pillow-New-head-hammock-recreates-sleep-bed-sat-upright.html and http://www.dailymail.co.uk/video/news/video-1321173/The-NodPod-

ultimate-travel-tool-help-sleep.html

w. The Sun - https://www.thesun.co.uk/news/1640022/worlds-first-face-hammock-will-finally-let-you-get-some-sleep-on-a-plane/

x. Digital Trends - https://www.digitaltrends.com/cool-tech/nodpod/

y. Yetti0 - http://www.yettio.com/sleep-on-a-flight-with-this-travel-pillow/19667

z. Dude!!!IWantThat.com - http://www.dudeiwantthat.com/style/accessories/the-nodpod-travel-sleep-system.asp

aa. Gonomad.com - https://www.gonomad.com/65865-travel-pillow-comfortable-sleep

bb. WHBC Radio - http://www.whbc.com/new-gadget-sleeping-planes/

cc. Technologywow.com - http://technologywow.com/2016/08/nodpod-head-hammock-1385.html

dd. WDRB 41 - http://www.wdrb.com/story/32824199/louisville-entrepreneur-creates-nodpod-to-help-travelers-sleep

ee. deMilked.com - https://www.demilked.com/head-hammock-travel-pillow-sleep-plane-nodpod/

ff. The Huffington Post - https://www.huffingtonpost.com/entry/yes-this-is-a-head-hammock-for-napping-on-planes_us_57b5f2f2e4b03d513686d3cb

gg. Insider - http://www.thisisinsider.com/nodpod-travel-accessory-pillow-allows-for-comfortable-sleep-on-plane-2016-8

hh. Lonely Planet - https://www.lonelyplanet.com/news/2016/08/18/nodpod-travel-accessory/

ii. The Today Show - https://www.today.com/style/head-hammock-neck-pillow-promises-you-ll-finally-get-some-t102051

jj. Yahoo News - https://finance.yahoo.com/news/head-hammock-could-airplane-naps-201100960.html, https://ca.news.yahoo.com/hammock-head-040824558.html, and https://www.yahoo.com/lifestyle/10-products-sleeping-planes-look-075116300.html

  kk. Oddity Central - http://www.odditycentral.com/news/the-nodpod-finally-a-hammock-for-your-head.html

  ll. The LADbible - http://www.ladbible.com/more/interesting-a-head-hammock-for-long-haul-flights-20160817

  mm. Daily News - http://www.nydailynews.com/news/national/nodpod-head-hammock-people-sleep-travelling-article-1.2757865

  nn. Sleep Review Journal - http://www.sleepreviewmag.com/2016/08/new-nodpod-head-hammock-created-to-help-people-sleep-comfortably-while-traveling/

  oo. Stuff - http://www.stuff.co.nz/travel/news/83517242/does-the-nodpod-or-head-hammock-make-it-easier-to-fall-asleep-on-airplanes

  pp. Engadged - https://www.engadget.com/2016/08/19/icymi-neck-pillows-that-work-and-self-driving-everything/

  qq. The Advertiser - http://www.adelaidenow.com.au/travel/travel-news/introducing-the-hammock-for-your-head--the-solution-to-help-you-sleep-on-a-plane/news-story/d0552c509d31b27141b2577d83a5942c

  rr. The Verge - https://www.theverge.com/circuitbreaker/2016/8/22/12592490/nodpod-kickstarter-order-sleep-head-bob

  ss. {Life} Buzz - http://www.lifebuzz.com/nod-pod/

  tt. Todayswomannow.com - http://www.todayswomannow.com/2016/12/paula-blankenships-secrets-for-creating.html#.WgYIBmiPKiM

19. Plaintiffs were aware or should have been aware of the Defendant's trademark rights. Plaintiffs were made aware of Defendant's trademark rights as they were alerted by the USPTO on June 29, 2016 prior to the Kickstarter or Indigogo campaigns. Yet defendants persisted with a massive media campaign.

20. The result has been irreparable harm to Plaintiff's brand. As the name and type of product are identical consumers and marketers are unable to identify the difference between one product and the other. As a result, the Defendant's name has been smeared and marketing avenues

for her product have been blocked.

21. Plaintiff is regularly approached by customers who believe them to be the Defendant.

22. Plaintiff is regularly denied coverage in important media sources as they have already covered Defendant's product and mistakenly believe the two are identical or do not wish to have two similar stories about similar products with identical names.

23. On information and belief, Defendants have committed and are continuing to commit acts of trademark infringement against Plaintiff. On information and belief, at a minimum, Defendants were willfully blind and acted in reckless disregard of Plaintiff's trademark.

24. On information and belief, Plaintiff has been harmed by Defendants' activities, including their advertising activities and unauthorized use of Plaintiff's protected material, and the unauthorized use of Plaintiff's marks to describe the items that Defendants are distributing.

## First Claim

### (Trademark Infringement Under Section 32(1) of the Lanham Act)

25. Plaintiff hereby realleges and incorporates all previous allegations of this Complaint.

26. Defendants' unauthorized use in commerce of the NODPOD mark as alleged herein is a use in commerce of a reproduction, copy, and colorable imitation of the federally registered NODPOD® Marks in connection with the sale, offering for sale, distribution, or advertising of goods on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive.

27. Defendants' use of the NODPOD mark creates the likelihood that members of the relevant public will be confused into mistakenly believing that the products sold under NODPOD mark is in some manner associated or connected with Inventors Row, the NODPOD Marks and products sold under the NODPOD Mark.

28. Defendants' conduct complained of herein was and continues to be intentional and willful. Defendants' acts complained of herein have damaged Inventors Row and, unless enjoined, will continue to damage and cause irreparable injury to Inventors Row's reputation and goodwill. Plaintiff has no adequate remedy at law.

**Second Claim**

**(Use of False Designations of Origin and False Representations in Commerce Under Section 43(a) of the Lanham Act)**

29. Plaintiff hereby realleges and incorporates all previous allegations of this Complaint.

30. Defendants' use of the NODPOD mark as alleged herein constitutes the use of false designations of origin in commerce and false representations in commerce that are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Plaintiff or its NODPOD Marks, or as to the origin, sponsorship, or approval of Defendants' goods.

31. Defendants' conduct complained of herein was and is intentional and willful. Defendants' acts complained of herein have damaged Plaintiff and, unless enjoined, will continue to damage and cause irreparable injury to Plaintiff's reputation and goodwill.  Plaintiff has no adequate remedy at law.

**Third Claim**

**(Federal Unfair Competition Under Section 43(a) of the Lanham Act)**

32. Plaintiff hereby realleges and incorporates all previous allegations of this Complaint.

33. Defendants' use of the NODPOD mark constitutes unfair competition in that such activities create the likelihood that members of the relevant public will be confused into mistakenly believing that this use and Defendants and their NODPOD products are in some manner associated or connected with Plaintiff its NODPOD Marks and products sold under the NODPOD Marks.

34. Defendants' conduct complained of herein was and is intentional and willful. Defendants' acts complained of herein have damaged Plaintiff and, unless enjoined, will continue to damage and cause irreparable injury to Plaintiff's reputation and goodwill. Plaintiff has no adequate remedy at law.

**Fourth Claim**

**(Common Law Unfair Competition and Trademark Infringement)**

35. Plaintiff hereby realleges and incorporates all previous allegations of this Complaint.

36. Defendants' unlawful conduct as alleged herein has violated and infringed Plaintiff's

common law rights in its NODPOD Mark, and has otherwise competed unfairly with Plaintiff in violation of the common law of the State of California.

37.  Defendants' conduct complained of herein was and is intentional and willful. Defendants' acts complained of herein have damaged Plaintiff and, unless enjoined, will continue to damage and cause irreparable injury to Plaintiff's reputation and goodwill. Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays:

A. For judgment that Defendants and each of them:

(1) have violated Section 32(1) of the Lanham Act;

(2) have violated Section 43(a) of the Lanham Act; and

(3) have engaged in unfair competition and service mark infringement under the common law;

B. For temporary, preliminary and permanent injunctions, restraining and enjoining each of the Defendants, and their respective and common agents, employees, representatives, servants, successors, assigns, and all those acting under their control or the control of any of the foregoing persons and/or on their behalf and/or in concert with them, from continuing to use the NODPOD mark, from using the NODPOD mark, and from otherwise unfairly competing with Plaintiff.

C. That Defendants be required to pay Plaintiff such damages as Plaintiff has sustained by reason of the aforementioned violations to the full extent provided for by Sections 32(1) and 43(a) of the Lanham Act, and that those damages be trebled pursuant to 15 U.S.C. §1117 in view of the willfulness of Defendants' actions.

D. Directing Defendants or their attorneys to file with this Court and serve upon Plaintiff's counsel within 30 days of entry of judgment a report in writing under oath setting

1  forth in detail the manner and form in which the Defendants have complied with the
2  requirements of the injunction and order.
3  E.  That Plaintiff be awarded all costs in this action, including reasonable attorneys' fees
4  and expenses;
5  F.  That Plaintiff be awarded such other and further relief as may be deemed just and
6  proper by this Court.

DATED: November 10, 2017        Law Office of Yuri Kvichko

By: */s/ Yuri Kvichko*
    Yuri Kvichko

Attorneys for Plaintiff
Inventors Row

**COMPLAINT**                                                                **Page 11**