UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| INVENTORS ROW INC., | CIV. NO. 2:17-2387 WBS EFB |
| Plaintiff, | |
| v. | ORDER |
| PAULA BLANKENSHIP DBA NODPOD and DOES 1-5, | |
| Defendants. | |

----oo0oo----

The defendant in this case, Paula Blankenship dba Nodpod, is appearing pro se. Accordingly, pursuant to Local Rule 302(c)(21), this case is hereby referred to the assigned magistrate judge for all further proceedings consistent with the provisions of the Rule. The Status (Pretrial Scheduling) Conference set for March 12, 2018 is hereby VACATED.

IT IS SO ORDERED.

Dated: March 1, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1