UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVENTORS ROW INC., | No. 2:17-cv-2387-WBS-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| PAULA BLANKENSHIP dba NODPOD and DOES 1-5, | |
| Defendants. | |

This case, in which defendant initially appeared *in propria persona*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On March 26, 2018, attorney James Francis substituted in as counsel for defendant.

Because the sole defendant is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge. Accordingly, the April 25, 2018 hearing on the motion to change venue, currently set before the undersigned, is vacated.

Dated: March 28, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE