UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| INVENTORS ROW INC., <br><br> Plaintiff, <br><br> v. <br><br> PAULA BLANKENSHIP DBA NODPOD; and DOES 1-5, <br><br> Defendants. | Civ. No. 2:17-2387 WBS EFB <br><br> <u>ORDER RE: EVIDENCE OF TRADEMARK OWNERSHIP</u> |

----oo0oo----

On May 3, 2018, the court denied defendant Paula Blankenship's Motion to Dismiss the Complaint, on the condition that within 30 days from the date the Order was signed plaintiff submits evidence that plaintiff owns the trademark at issue. On May 17, 2018, plaintiff submitted evidence of trademark ownership. The court finds plaintiff's evidence sufficient, and reaffirms its Order denying defendant's Motion to Dismiss.

IT IS SO ORDERED.

Dated: May 25, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1