Yuri Kvichko, SBN 276904
Law Office of Yuri Kvichko
980 9th Street, 16th Floor
Sacramento, CA 95814
Email: Yuri@yklegalservices.com
Telephone: (408) 605-3127
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| INVENTORS ROW INC. | ) Case No.: 2:17-cv-02387-WBS-EFB |
| Plaintiff, | ) **ORDER MOVING SCHEDULING ORDER TO AUGUST 13** |
| v. | ) |
| PAULA BLANKENSHIP DBA NODPOD; and DOES 1-5, | ) |
| Defendants. | ) |

ORDER

Having reviewed and considered the request of the parties to move the scheduling order to August 13, 1:30 pm, their request is GRANTED. A Joint Status Report shall be filed no later than July 30, 2018.

      IT IS SO ORDERED.

Dated: July 10, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE